IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Master File No.: 4:17-CV-141-D

| | |
|---|---|
| IN RE: OUTERBANKS POWER OUTAGE LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>)<br>)<br>ALL ACTIONS. )<br>) | **ORDER ON SECONDAMENDED PROPOSED INTERIM CASE MANAGEMENT PLAN AND JOINT MOTION TO STAY** |

This matter comes before the Court on the joint request of the parties to Amend the Interim Case Management Plan (DE 5) and Joint Motion to Stay.

Finding that good cause is shown and all parties consent, the Court hereby adopts the parties' proposal. Accordingly, the Court orders that the stay be extended and all proceedings in this matter shall be stayed up to and including March 19, 2018 and Defendants will file their Answer or responsive pleading to the Master Class Action Complaint, 21 days after the end of the this stay.

SO ORDERED this the 14 day of February, 2018

_____
UNITED STATES DISTRICT COURT JUDGE